

## NUMBER 13-09-00270-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**MARTHA CATALINA BETTS,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

### On Appeal from the 36th District Court
### of Aransas County, Texas.

---

### MEMORANDUM OPINION

**Before Justices Rodriguez and Garza and Vela**
**Memorandum Opinion Per Curiam**

Appellant, Martha Catalina Betts, by and through her attorney, has filed a motion to dismiss her appeal because she no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having

dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.  *See* Tᴇx. R. Aᴘᴘ. P. 47.2(b).

Memorandum Opinion delivered and filed
this 23rd day of July, 2009.